```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

ANTHONY RAY PARKS                                               PLAINTIFF

    V.                    Civil No. 09-6107

SGT. R.J. DUNN, *et al.*                                       DEFENDANTS

## O R D E R

On this 21st day of June 2010, there comes on for consideration the report and recommendation filed in this case on June 1, 2010, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 3). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to follow Local Rule 5.5 and failure to prosecute. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge